PROB 12C
(7/93)

Report Date: May 7, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAY 0 8 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Salomon Mejia Preciado     Case Number: 2:03CR02129-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 1/27/2005

Original Offense: Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846

Original Sentence: Prison - 120 Months     Type of Supervision: Supervised Release
TSR - 60 Months

Asst. U.S. Attorney: Shawn N. Anderson     Date Supervision Commenced: 8/12/2011

Defense Attorney: TBD     Date Supervision Expires: 8/11/2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Preciado was arrested on May 1, 2013, and will be charged with possession of a controlled substance, possession of a controlled substance with intent to deliver, possession of a stolen firearm, first degree unlawful possession of a firearm, and use of drug paraphernalia, in Yakima County Superior Court, Yakima, Washington, cause number 13-1-00679-6. He made an initial appearance on May 2, 2013, and posted bond on May 4, 2013. He is scheduled for a formal arraignment on May 16, 2013.

According to the police narrative, Mr. Preciado was observed driving a vehicle, and it was determined there was a warrant for his arrest. The officer completed a traffic stop and contacted and identified Salomon Preciado, who was the driver of the vehicle. The officer observed a large TV in the back of the vehicle and when asked about it, Mr. Preciado stated he obtained the item from a guy he saw walking down the street, but he only knew the guy's nickname. The officer also observed other items of concern in the vehicle, to include: on

the backseat passenger side floorboard, a radio scanner; under the TV an FI brand subwoofer; a pair of needle nose pliers on the floorboard behind the driver's seat; and a black leather pouch, slightly open on the center console, that appeared to contain gold jewelry. The defendant exited the vehicle and was placed in the backseat of the patrol vehicle.

A short time later, the officer determined the warrant had been resolved, therefore, Mr. Preciado was cited for third degree driving while license suspended and released. The vehicle was impounded and taken to the police department for further investigation.

A search warrant was obtained for the vehicle, and during the search, officers located several other stolen items in the vehicle, to include but not limited to: a stolen Glock semiautomatic handgun, a magazine for a firearm, .22 caliber ammunition, approximately 488 grams of marijuana, approximately 20.2 grams of methamphetamine, and approximately 5.5 grams of heroin.

On May 1, 2013, Mr. Preciado was again contacted by local law enforcement. He was seated behind the wheel of a vehicle, which was still running, and was parked in the wrong direction on a street. The officer contacted Mr. Preciado, who appeared to be sleeping. Mr. Preciado exited the vehicle, and the officer observed two baggies of what appeared to be a controlled substance in the door panel area. Mr. Preciado indicated the vehicle belonged to a friend, but he did not know his friend's name. Mr. Preciado gave verbal and written permission allowing the officers to search the vehicle. The suspected narcotics, which were removed and field tested positive for the presence of methamphetamine, weighed approximately 4.5 grams.

2   **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

   **Supporting Evidence**: See narrative from violation #1.

3   **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   **Supporting Evidence**: See narrative from violation #1.

4.  **Standard Condition #11**: The defendant shall notify the probation officer within seventy two hours of being arrested or questioned by a law enforcement officer.

   **Supporting Evidence**: Mr. Preciado was contacted by local law enforcement on March 9, 2013, and cited for third degree driving without a license.

   The officer's narrative indicates the officer observed a vehicle turn at a stop light without stopping. The officer conducted a traffic stop and contacted the driver, who provided the officer with an insurance card and a valid identification card. The person was identified as Salomon Preciado. He told the officer he did not have a valid driver's license. The officer determined Mr. Preciado's license was suspended, he cited Mr. Preciado for third degree driving while license suspended, and warned him for not stopping at the stop light. Mr. Preciado called a friend to come with a valid license to drive him home in the car. To date, the defendant he has not disclosed this contact with law enforcement to this officer.

Prob12C
Re: Preciado, Salomon Mejia
May 7, 2013
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/07/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

May 8, 2013
Date